JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES -- GENERAL**

Case No.    **CV 13-6774-JFW (MRWx)**                                        Date:  December 18, 2013

Title:        Walter E. Sanchez -v- Magic Mountain, LLC., et al.

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   **Julieta Lozano**                                   **None Present**
   **Courtroom Deputy**                          **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
                  None                                                                    None

**PROCEEDINGS (IN CHAMBERS):**         **ORDER DISMISSING CIVIL ACTION**

   The Court has been advised by counsel that this action has been settled, or is in the process of being settled.

   As a result, the Court dismisses this action without prejudice to the right, upon good cause shown within 45 days, to re-open the action if settlement is not consummated.  During this 45 day period, this Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

   In the event a motion or ex parte application to re-open is not filed within 45 days, the dismissal of this action will be with prejudice.

   IT IS SO ORDERED.


Initials of Deputy Clerk  jloz